UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MILKO VILOMAR-BORGE #22626-069** | **CASE NO.  2:24-CV-01453 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **FELIPE MARTINEZ JR ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition be **DISMISSED WITHOUT PREJUDICE** as duplicative.

**THUS DONE AND SIGNED** in chambers this 26th day of February, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE